No. 352. D. A. WILLIAMS ET AL. *v.* JOHN K. SCUDDER ET AL. Error to the Supreme Court of the State of Ohio. Motion to dismiss or affirm submitted March 20, 1922. Decided March 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. (2) *Gaar, Scott & Co.* v. *Shannon,* 223 U. S. 468 470; *Cuyahoga River Power Co.* v.

*Northern Realty Co.,* 244 U. S. 300, 303; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Smith W. Bennett* for plaintiffs in error. *Mr. John G. Price* and *Mr. Roy Martin* for defendants in error.